FILED
CLERK U.S. DISTRICT COURT
OCT - 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

1  LAURIE A. TRAKTMAN (SBN 165588)
   **GILBERT & SACKMAN**
2  A Law Corporation
   3699 Wilshire Boulevard, Suite 1200
3  Los Angeles, California 90010
   Telephone: (323) 938-3000
4  Facsimile: (323) 937-9139
   Email: lat@gslaw.org
5
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENT AIR GROUP, INC. and RICHARD DON JUAN AGUILERA; CONNIE GASTELUM-AGUILERA individuals,<br><br>Defendants. | Case No. CV13-05691-SVW (MAN)<br><br>Hon. Stephen V. Wilson<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

1  Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the
2  Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada
3  ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of
4  Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the
5  Southern California Sheet Metal Joint Apprenticeship and Training Committee
6  ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health
7  Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal
8  Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International
9  Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings
10 Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California
11 Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet
12 Metal Industry Fund of Orange Empire ("Industry Fund") (collectively the "Plans" or
13 "Trust Funds"), and defendants, RICHARD DON JUAN AGUILERA; and CONNIE
14 GASTELUM-AGUILERA ("Individual Defendants"); and INDEPENDENT AIR
15 GROUP, INC. ("Company") (collectively "Defendants"), the Court has considered the
16 matter fully and concluded that good cause exists to approve the parties' Stipulation
17 in its entirety.
18  Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as
19 follows:
20  1.  That the Company and Individual Defendants are indebted to the Plans
21 in the total amount of $78,337.07 as follows: contributions (including the "Savings
22 Deferral" which are wages deducted from employee paychecks) in the amount of
23 $7,111.12 for the delinquent work month of May 2013; $42,483.97 in liquidated
24 damages for late payment or nonpayment of contributions for the work months of
25 March 2007 through December 2007, March 2008, August 2008, September 2008,
26 November 2008, January 2009 through June 2009, January 2010, February 2010,
27 April 2010 through September 2010, April 2011, June 2011 through November 2011,
28 January 2012 through July 2012, September 2012 through December 2012 and

1  January 2013 through June 2013; $21,241.98 in interest for late payment or
2  nonpayment of contributions for the work months of March 2007 through December
3  2007, March 2008, August 2008, September 2008, November 2008, January 2009
4  through June 2009, January 2010, February 2010, April 2010 through September
5  2010, April 2011, June 2011 through November 2011, January 2012 through July
6  2012, September 2012 through December 2012 and January 2013 through June
7  2013; and attorney's fees in the amount of $7,500.

8      2.    Judgment is entered in favor of the Plans and against the Company and
9  Individual Defendant, jointly and severally, in the amount of $78,337.07 for
10 delinquent employee benefit plan contributions and accrued liquidated damages,
11 interest, attorney fees and costs, together with post-judgment interest thereon at the
12 rate of 12% per annum as of the date of the Judgment.

13     3.    This Court retains jurisdiction over this matter through October 27, 2014
14 to enforce the terms of any judgment entered hereunder, to order appropriate
15 injunctive and equitable relief, to make appropriate orders of contempt, and to
16 increase the amount of judgment based upon additional sums owed to the Plans by
17 Defendants.

19 **IT IS SO ORDERED.**

21 Dated: 10/1/13            _____
22                                             Hon. Stephen V. Wilson